**Electronically Filed
Supreme Court
SCWC-30450
12-APR-2012
09:54 AM**

NO. SCWC-30450

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

SIAOSI FELEUNGA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30450; CR. NO. 09-1-1083)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Border, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on March 1, 2012, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 12, 2012.

Shawn A. Luiz for                    /s/ Mark E. Recktenwald
petitioner/defendant-
appellant on the application         /s/ Paula A. Nakayama

                                     /s/ Simeon R. Acoba, Jr.

                                     /s/ Sabrina S. McKenna

                                     /s/ Patrick W. Border

